UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSEPH FARINA )<br>)<br>*Defendant.* )<br>) | Case: 1:25-mj-00130<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 7/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kelly McLeod, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging JOSEPH FARINA with distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Specifically, on or about July 14, 2025, JOSEPH FARINA (hereinafter "FARINA") knowingly distributed child pornography via the messaging application Signal to a Federal Bureau of Investigation ("FBI") undercover employee ("UC") located in the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4.      I am a special agent with the Federal Bureau of Investigation ("FBI"). I have been in this position since 2019. I am currently assigned to the Child Exploitation and Human Trafficking Task Force ("CEHTTF") at the Washington Field Office, where I am responsible for investigating the possession, distribution, receipt, and production of child pornography, and other crimes involving child exploitation. I completed the FBI Basic Field Training Course in Quantico, Virginia, where I received twenty-one weeks of training in the investigation of various crimes. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) (hereafter, the "TARGET OFFENSE") have been committed by FARINA and others known and unknown.

## PROBABLE CAUSE

### A. Investigation and Arrest of SUBJECT 1

7.   In July of 2025, in search warrant case number 25-sw-185, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of a residence in Washington, D.C. The warrant concerned violations of the TARGET OFFENSE committed by the occupant of the residence ("SUBJECT 1"). During the execution of the search warrant, which also authorized the search of digital devices contained within the residence, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography. Some of these conversations utilized the Signal Messenger application ("Signal").[1] That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint. SUBJECT 1's cellular phone was located on his person and seized by the FBI, as authorized by the warrant.

### B. Communications with Signal User "NCGuy"

8.   On Tuesday, July 14, 2025, an FBI Task Force Officer ("TFO") assigned to the Washington Field Office ("WFO") was acting in a UC capacity as part of the CEHTTF. In the course of his/her duties, the UC lawfully monitored a cellular phone collected from SUBJECT 1.

9.   Within SUBJECT 1's cellular phone, the UC located direct Signal messages between the Signal account "NCGuy" and SUBJECT 1, beginning on or about June 10, 2025. As

---

[1] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

shown in Figure A below, "NCGuy" introduced himself to SUBJECT 1 as "Joseph," advising he knew SUBJECT 1 from the chat application "Sniffies," and they had hung out the prior weekend:



**Figure A: Screenshot of June 10, 2025 Signal chat between SUBJECT 1 and Signal user "NCGuy"**

10. In further Signal messages from June 15 through June 18, 2025, "NCGuy" expressed an interest in child sexual abuse material ("CSAM") and asked to join Zoom video calls with SUBJECT 1 and his "pedo buds".

11. On or about July 14, 2025, the UC observed on SUBJECT 1's device Signal messages from "NCGuy," dating back to about June 10, 2025. Upon observing those messages,

the UC responded to "NCGuy" on July 14, 2025. "NCGuy" subsequently sent the UC a video consisting of CSAM. Screenshots of this July 14, 2025 chat are shown below:



*Figure B: Screenshots of UC chat with Signal user "NCGuy" on July 14, 2025*

12. The CSAM video that "NCGuy" sent the UC on July 14, 2025, depicted a nude adult male with "Pedo" written across his stomach and his erect penis visible. The adult male was observed masturbating and holding a tablet device that, in turn, was playing a clearly visible video of multiple adult males masturbating over a completely nude prepubescent boy. The male holding the tablet can be heard saying, "I fucking love watching child porn. Look at that little kid. Fuck, look at all those pedophiles surrounding that little kid with their big hard cocks. I want to be there right with them. I want to fucking fuck a little baby. I want to breed a little baby." He continues,

"I fucking love child porn. I love pedophila. I always want to be a pedo". The UC asked "NCGuy" if the adult male masturbating in the video was him, and "NCGuy" confirmed it was.



*Figure C: Screenshot of UC chat with Signal user "NCGuy" on July 14, 2025*

13. On July 15, 2025, "NCGuy" told the UC that he lived "in North Carolina Raleigh area" and would be in Washington, D.C. at the end of July for a work conference, but he was unsure if he could meet the UC.

14. Subsequently, on July 15, 2025, the UC advised "NCGuy" that he had met a dad in Washington, D.C. with a nine-year-old boy. The UC reported the dad had sexually abused the child and allowed the UC to do the same. Once the UC relayed this information, "NCGuy" indicated he could "carve out" some time to meet the UC. The UC said he would introduce

"NCGuy" to the dad and see if the dad was open to hanging out with "NCGuy." "NCGuy" sent pictures of himself for the UC to send to the dad.

15.     On July 16, 2025, "NCGuy" advised he had changed his mind about the UC forwarding his pictures to the dad, stating, "Obviously I have these urges and will have to deal with that" . . . , "But I don't want to go down that path."

16.     On July 17, 2025, "NCGuy" asked the UC to delete the CSAM video that he previously sent on July 14, 2025, and the UC sent a screenshot documenting confirmation of its deletion:



*Figure D: Screenshot of UC chat with Signal user "NCGuy" on July 14, 2025*

17. On July 27, 2025, "NCGuy" messaged the UC, advising he was currently in Washington, D.C. until Wednesday, July 30, 2025. They planned to meet on Tuesday, July 29, 2025, at 7:00 PM to watch videos together at SUBJECT 1's residence in Northwest Washington, D.C.

C. **Arrest and Identification**

18. On July 29, 2025, at approximately 8:13 AM, the UC messaged "NCGuy" and advised, "[l]ooking forward to seeing your sexy body MAYBE today." "NCGuy" responded, "Hornier today" and then stated, "Yeah I think me being horny is good for all parties involved."

19. When the UC told "NCGuy" he was free after 6:30 PM and invited him to "come play cutie", "NCGuy" responded, "Yessir, Did you tell others are we zooming?" The UC advised that there would be at least two others involved and asked if "NCGuy" was still coming at 7:00 P.M. "NCGuy" confirmed that he was.

20. The UC provided "NCGuy" the address of an apartment building in Northwest Washington, D.C. and instructed, "[j]ust text me when you get here and I'll let you up." At approximately 6:42 PM, "NCGuy" advised, "I'm taking the train."

21. At approximately 7:00 PM, law enforcement surveilling the vicinity of the meeting location observed an adult male walking east along the block where the building was located. The adult male was observed looking at his phone consistent with checking addresses as he entered the block.

22. The adult male continued to use his phone while he approached the building and walked up the stairs into the foyer of the building. At approximately the same time the male was observed using his phone, "NCGuy" sent the UC a message, "I'm here." The UC told "NCGuy"

the code to enter was "5309", and "NCGuy" responded at 7:02 PM, "How do you work it." Agents followed FARINA into the vestibule and observed him attempt and fail to access the building using the callbox keypad, and then open his phone to a messaging application.

23. Members of the FBI CEHTTF approached the adult male in the foyer of the building. Upon his arrest, when asked for his name, the adult male advised, "Joseph," which is consistent with the above-referenced name provided by "NCGuy" to SUBJECT 1. The arrestee was subsequently identified by his Illinois Driver's License as Joseph Abraham Farina.

24. At the time of his arrest, FARINA held in his hand a cellular phone. Law enforcement seized the cellular phone incident to FARINA's arrest, thereupon observing an application that resembled Signal running on the phone.

## CONCLUSION

21. For the reasons set forth above, I submit that probable cause exists to believe that, on or about July 14, 2025, JOSEPH FARINA committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

Respectfully submitted,

_____
Kelly McLeod, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on July 30, 2025.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE