AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By Kenneth Keh at 1:37 pm, Jul 30, 2025

United States of America
v.
Joseph Farina

Defendant

)
)
)
)
)
)
)

Case: 1:25-mj-00130
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 7/30/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph Farina ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) and (b)(1) (Distribution/Receipt of Child Pornography).

Date:   07/30/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/30/25, and the person was arrested on *(date)* 7/30/25
at *(city and state)* Washington, D.C.

Date: 7/30/25

*Arresting officer's signature*

Vincent Cruse, DUSM
*Printed name and title*