UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 25-mj-130 |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH FARINA** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Andrea Duvall is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,
JEANINE FERRIS PIRRO
Interim United States Attorney

BY:   /s/ *Andrea Duvall*
Andrea Duvall
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
AR Bar No. 2013114
601 D Street, N.W., Washington, DC 20530
(202) 252-2408 (Desk)
(202) 394-3006 (Cell)
andrea.duvall@usdoj.gov