UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 25-mj-130 (ZMF) |
| JOSEPH FARINA | : |

## MOTION TO CONTINUE DETENTION HEARING

Defendant, Joseph Farina, through undersigned counsel, Stephen F. Brennwald, hereby submits his Motion to Continue Detention Hearing. In support thereof, he states as follows:

Mr. Farina was arrested on July 30, 2025, and made his initial appearance in this Court on that same day.

He was ordered held pursuant to the bail statute until Tuesday, August 5, 2025.

Since his initial appearance, he and his family have been attempting to decide how to move forward, and with which counsel. As a result, the defendant is asking this Court to vacate the detention hearing set for August 5, 2025, and re-set it to a date about 10 days out (to be determined after consultation between the Court and the parties).

Defendant hopes he will not have to be brought to court tomorrow, Tuesday, August 5, 2025, simply to be told that his hearing has been rescheduled. As such, if a come-up has issued, he asks that it be canceled in the event this Court grants this motion.

Undersigned counsel has reached out to both Assistant United States Attorneys on this case to determine their position on this motion but has been unable to reach them. He has left them both a text message on their respective cell phones.

Defendant agrees to toll the speedy trial clock between August 5, 2025, and any new date that is set as a result of this motion.

.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant asks that the hearing scheduled for Tuesday, August 5, 2025, be VACATED and re-set to a date to be determined, that the speedy trial clock be tolled until then, and for any other relief this Court deems just and proper.

        Respectfully submitted,

        *Stephen F. Brennwald*

        _____
        Stephen F. Brennwald, Bar No. 398319
        Brennwald & Robertson, LLP
        922 Pennsylvania Avenue, S.E.
        Washington, D.C. 20003
        (301) 928-7727
        sfbrennwald@cs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 4th day of August, 2025, to all counsel of record in this case.

        *Stephen F. Brennwald*
        _____
        Stephen F. Brennwald