# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 25-MJ-130 |
| **JOSEPH FARINA,** | |
| Defendant. | |

## ORDER

Upon consideration of the Defendant's Motion to Continue Detention Hearing, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED.** It is further

**ORDERED** that the Detention Hearing scheduled for August 5, 2025, at 12:00 p.m., is **VACATED.** It is further

**ORDERED** that the parties shall appear for a Detention Hearing on August 15, 2025, at 1:00 PM; It is further

**ORDERED** that the time between August 5, 2025, and August 15, 2025, shall be automatically excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Date: August 5, 2025

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE