UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **Case No.** 25-CR-232 (RCL) |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH FARINA** | : | |

### NOTICE OF APPEARANCE

    Please enter the appearance of undersigned counsel, Matthew Covert, on behalf of Joseph Farina.

Respectfully submitted,

/s/ Matthew Covert
Matthew Covert
D.C. Bar No. 1602150
Covert Jackson Yarbro PLLC
600 Massachusetts Avenue NW, Suite 250
Washington, D.C. 20001
mcovert@cjypllc.com
(202) 577-8172