UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH FARINA,<br><br>*Defendant.* | Case No. 1:25-cr-232-RCL |

## ORDER

Based on the representations in the defendant's Motion [ECF No. 14] to Continue the August 15, 2025, detention hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that the currently scheduled detention hearing on August 15, 2025, be continued for good cause to September 4, 2025, at 11:00 a.m.; and it is further

**ORDERED** that the time between August 15, 2025, and September 4, 2025, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue discussions about the direction of the case, including with respect to detention and any potential pretrial resolution.

Date: 14 August 2025

Royce C. Lamberth
United States District Judge